# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Mahmood Khawja Nizam,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>United States Department of Defense,<br><br>　　　　Defendant. | Case No. 13-cv-03511 NC<br><br>**MINUTE ORDER** |

　　An initial case management conference was held on October 30, 2013. A further case management conference is set for January 8, 2014 at 10:00 a.m. in Courtroom A - 15th Floor, in San Francisco. As the Court noted at the hearing, Mr. Nizam may wish to contact the Legal Help Center, which provides information and limited-scope legal advice to pro se litigants in civil cases. The Legal Help Center requires an appointment, which can be made by calling (415) 782-8982.

　　IT IS SO ORDERED.

　　Date: October 30, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-03511 NC
MINUTE ORDER