1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

Mahmood Khawja Nizam,

                Plaintiff,

      v.

United States Department of Defense,

                Defendant.

Case No. 13-cv-03511 NC

**MINUTE ORDER**

16
17
18
19
20
21
22

      An initial case management conference was held on October 30, 2013.  A further case management conference is set for January 8, 2014 at 10:00 a.m. in Courtroom A - 15th Floor, in San Francisco.  As the Court noted at the hearing, Mr. Nizam may wish to contact the Legal Help Center, which provides information and limited-scope legal advice to pro se litigants in civil cases.  The Legal Help Center requires an appointment, which can be made by calling (415) 782-8982.

23
      IT IS SO ORDERED.

24
    Date:  October 30, 2013

25
26
                            Nathanael M. Cousins
                            United States Magistrate Judge

27
28