1
2
3

Mahmood Nizam
35876 Alcazar Court
Fremont, CA 94536
Nizam.reach@yahoo.com

4
5
6
7

MELINDA HAAG (CSBA 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
ABRAHAM A. SIMMONS (CSBN 146400)
Assistant United States Attorney

8
9
10

U.S. Attorney's Office/Civil Division
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7264
Facsimile: (415) 436-6748
Email: abraham.simmons@usdoj.gov

11

Attorneys for Defendant- by special appearance

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

SAN FRANCISCO DIVISION

15
16

Mahmood Nizam

17

Plaintiff,

18

19

vs.

20

21

U. S. Department of Defense

22

Defendant.

23

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number: C 13-3511 NC

STIPULATION & [PROPOSED] ORDER

Before: Hon. Nathanael Cousins, Mag. Judge

24
25
26
27

The parties to the above-entitled action jointly agree and stipulate to transfer this matter

/ / /

/ / /

/ / /

28

to the United States Court of Claims.

Dated:  January 8, 2014

Mahmood  K.  Nizam

For plaintiff

Dated:  January 8, 2014

ABRAHAM A. SIMMONS
Assistant United States Attorney

## [PROPOSED] ORDER

The face of the complaint of this matter raises issues regarding an apparent dispute involving a
contract between plaintiff and the United States.  Good cause appearing, this matter is
**TRANSFERRED** to the United States Court of Claims.

**IT IS SO ORDERED.**

Dated:  January 8, 2014

GRANTED
Judge Nathanael M. Cousins

Page **2** of **2**

*Stipulation*
*C 13-1511*